United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERASMO SALOMON SALMERON GUEVARA, | § § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-01917 |
| KRISTI NOEM, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed on May 15, 2026. Doc. #10. In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is DISMISSED, with each party to bear its own costs and fees.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

_____5/18/26_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge